UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 6:19-mj-00004-HBK |
| Plaintiff, | [Citation # E2436417, CA76] |
| V | ORDER GRANTING GOVERNMENT'S RULE 48(A) MOTION TO DISMISS WITHOUT PREJUDICE |
| STEVE GOODIN, | |
| Defendant. | (Doc. 11) |

The Government moves to dismiss this case without prejudice, in the interest of justice, pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure.   (Doc.11).

Accordingly, it is **ORDERED**:

1.  The Government's motion (Doc.11) is GRANTED, and this case is DISMISSESD without prejudice.

2.  The Clerk shall recall the warrant (Doc 9), terminate all deadlines, and CLOSE this case.

Dated:    June 5, 2026

HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE